FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROUND LAKE FARMS LLC, a Washington limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>NATURAL RESOURCES CONSERVATION SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE and UNITED STATES OF AMERICA,<br><br>                Defendants. | No.   2:21-cv-00354-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation,

**IT IS HEREBY ORDERED**:

**1.** The parties' Joint Stipulated Order Re: Preservation of Privilege Claims, **ECF No. 12-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

//

//

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of June 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 2